CSD 2500A (12/15)

# U.S. Bankruptcy Court
# Southern District of California

In re:

INTEGRATEDMARKETING.COM

Bankruptcy Case No. **19−04688−CL7**

Debtor

Adversary Proceeding No. **21−90100−CL**

RONALD E. STADTMUELLER

Plaintiff

v.
BRIAN D HECTOR
MORGAN, LEWIS & BOCKIUS, LLP.

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Southern District of California
325 West F Street
San Diego, California 92101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

Kathleen A. Cashman−Kramer
600 B Street
Suite 1700
San Diego, CA 92101

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:

**11/29/2021**

*Michael Williams*

Michael Williams, Clerk Of Court

CSD 2500A

# PROOF OF SERVICE

I, __Liz L. James_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _November 30, 2021_____ by:
[date]

[ ✓ ]    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

SEE MAIL SERVICE LIST (ATTACHED)

[ ]    Personal Service: By leaving the documents with the following defendants or an officer or agent of the defendant at:

[ ]    Residence Service: By leaving the documents with the following adult at:

[ ]    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]    Publication: The defendant was served as follows: [describe briefly]

[ ]    State Law : The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_November 30, 2021_____                                   /s/Liz L. James_____
[Date]                                                                                              [Signature]

| | |
|---|---|
| Print Name | Liz L. James c/o Sullivan Hill Rez & Engel, APLC |
| Business Address | 600 B Street, Suite 1700 |
| City  San Diego | State  CA     ZIP  92101 |

CSD 2500A

MAIL SERVICE LIST re:
ADVERSARY PROCEEDING 21-90100-CL

Brian D. Hector, Esq.
Morgan Lewis & Bockius LLP
110 W. Wacker Drive
Chicago, Illinois 60601-5094

Brian D. Hector
9001 S. TROY AVE
EVERGREEN PK, IL 60805-1335

Morgan Lewis & Bockius LLP
Attention: Kenneth M. Kliebard, Esq.
110 W. Wacker Drive
Chicago, Illinois 60601-5094

Morgan Lewis & Bockius LLP
Attention: JAMI MCKEON, CHAIR OF THE FIRM
1701 Market St.
Philadelphia, PA 19103-2921

Morgan Lewis & Bockius LLP
Attention: STEVEN C. BROWNE, MANAGING PARTNER
One Federal St.
Boston, MA 02110-1726

Morgan Lewis & Bockius LLP
Attention: STEVEN R. WALL, MANAGING PARTNER
1701 Market St.
Philadelphia, PA 19103-2921

Registered Agent
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NEW YORK 10178-0060

Morgan Lewis & Bockius LLP
Attention: MICHELE A. COFFEY, ITS GENERAL COUNSEL
101 Park Ave.
New York, NY 10178-0060