**CSD 3015** [07/01/18]

Name, Address, Telephone No. & I.D. No.
GIBSON, DUNN & CRUTCHER LLP
James P. Fogelman, SBN 161584
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000, Fax Number: (213) 229-7520
Attorneys for Defendants, Brian D. Hector and Morgan, Lewis & Bockius LLP

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES

Debtor.

BANKRUPTCY NO. 19-04688-CL7

RONALD E. STADTMUELLER,
Chapter 7 Trustee

Plaintiff(s)

ADVERSARY NO. 21-90100-CL

v.

BRIAN D. HECTOR, an individual; and MORGAN, LEWIS & BOCKIUS LLP, a Pennsylvania limited liability general partnership

Defendants(s)

## NOTICE OF HEARING AND MOTION

TO:
Plaintiff, Ronald E. Stadtmueller and his Attorneys of Record:

**You are hereby notified** that on March 16, 2022, at 10:30 a.m, in Department 5, Room 318 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Defendants, Brian D. Hector and Morgan, Lewis & Bockius LLP, Movant, for a Motion to Dismiss Plaintiff's Complaint.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: January 28, 2022

/s/ James P. Fogelman
James P. Fogelman, Attorney for Moving Party
Defendants, Brian D. Hector and Morgan, Lewis & Bockius LLP

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CSD 3015**



# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on <u>28th</u> day of <u>January</u>, <u>2022</u>, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers:
(1) Defendants Morgan, Lewis & Bockius LLP and Brian D. Hector's Notice of Motion and Motion to Dismiss Plaintiff's Complaint; (2) Declaration of James P. Fogelman in Support of Defendants Morgan, Lewis & Bockius LLP and Brian D. Hector's Motion to Dismiss Plaintiff's Complaint; (3) Defendants Morgan, Lewis & Bockius LLP and Brian D. Hector's Request for Judicial Notice in Support of their Motion to Dismiss.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On <u>January 28, 2022</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor (or Debtor), if required:

☒ Chapter 7 Trustee:
- Kathleen A. Cashman-Kramer – cashman-kramer@sullivanhill.com, cashman-kramer@ecf.courtdrive.com, rudolph@sullivanhill.com, hill@sullivanhill.com, bkstaff@sullivanhill.com, rudolph@ecf.inforuptcy.com
- Gary B. Rudolph: rudolph@sullivanhill.com, hill@sullivanhill.com, bkstaff@sullivanhill.com, vidovich@efc.inforuptcy.com, cashman-kramer@sullivanhill.com, cashman-kramer@ecf.courtdrive.com
- Ronald E. Stadtmueller – ecfstadt@aol.com, res@trustesolutions.net, ecfstadt2@aol.com

☐ For Chpt. 7, 11, & 12 cases: ☐ For ODD numbered Chapter 13 cases: ☐ For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

CSD 3015


American LegalNet, Inc.
www.FormsWorkFlow.com

**CSD 3015 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  January 28, 2022
                (Date)

/s/ James P. Fogelman
James P. Fogelman

333 South Grand Avenue
(Address)

Los Angeles, CA  90071
(City, State, ZIP Code)

**CSD 3015**


American LegalNet, Inc.
www.FormsWorkFlow.com